# United States District Court
## Violation Notice

MY95

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7212782 | Tomasiello | 690 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR  ☐ USC  ☐ State Code |
|---|---|
| 10/24/17 0857 | 36 CFR 4.23(a)(2) |

7212782

Place of Offense

NIB BW Pkwy @ 450

Offense Description: Factual Basis for Charge        HAZMAT ☐

Driving while Intoxicated w/a
BrAC of .08% or more  17-90252

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Johnson | Stephen | M |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9CT7224 | MD | 06 | BMW | 4d | blk |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

M/A

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original CVB Copy

---

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____ —

(blank ruled lines)

The foregoing statement is based upon:

☐ my personal observation        ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident.  PASS = 9 or more passenger vehicle; CDL = Commercial drivers license.  CMV = Commercial vehicle involved in incident.

CVB SCAN NOV 14, 2017 11:24